

# THE STATE OF TEXAS
## MANDATE

TO THE 8TH DISTRICT COURT OF HOPKINS COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 1st day of October, A.D. 2014, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Ex Parte: Carol Paselk

No. 06-14-00099-CR

Trial Court No. 00665

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's ruling with respect to Carol Paselk's Article 11.072 petition for writ of habeas corpus, but dismiss for want of jurisdiction the portion of her appeal related to her Article 11.09 petition for writ of habeas corpus.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 2nd day of April, A.D. 2015.

DEBRA K. AUTREY, Clerk